# EXHIBIT A



# <u>EXHIBIT B</u>







# **EXHIBIT C**





# **EXHIBIT D**



thickness.

Washer fluid input is often reduced when the film thicknessing roll is incapable of film control. 3M rolls can control film thickness even with full fluid flow to the wash process. In the Lexus plant we visited the washer fluid was turned down very low to try to get the remaining oil on the panel reduced. The washer was still producing a heavy oil film thickness and they had some defects due to bad cleaning and too much oil on the panel. In one of the automotive plants...

» Read More About Stamping & Why 3M?

## Competitor Rolls

Since 3M rolls have a bonded construction, they have a much greater life and as compared to non-bonded construction rolls. Because of this bonded construction, the roll can easily repair itself from minor damage and offer more...

» Click Here to Read more and View Photos



thickness.

Washer fluid input is often reduced when the film thicknessing roll is incapable of film control. 3M rolls can control film thickness even with full fluid flow to the wash process. In the Lexus plant we visited the washer fluid was turned down very low to try to get the remaining oil on the panel reduced. The washer was still producing a heavy oil film thickness and they had some defects due to bad cleaning and too much oil on the panel. **In one of the automotive plants...**

»Read More About Stamping & Why 3M?

## Competitor Rolls

Since 3M rolls have a bonded construction, they have a much greater life and as compared to non-bonded construction rolls. Because of this bonded construction, the roll can easily repair itself from minor damage and offer more...

» Click Here to Read more and View Photos



»Read More About Stamping & Why 3M?

## Competitor Rolls

Since 3M rolls have a bonded construction, they have a much greater life and as compared to non-bonded construction rolls. Because of this bonded construction, the roll can easily repair itself from minor damage and offer more...

»   Click Here to Read more and View Photos



thickness.

Washer fluid input is often reduced when the film thickening roll is incapable of film control. 3M rolls can control film thickness even with full fluid flow to the wash process. In the Lexus plant we visited the washer fluid was turned down very low to try to get the remaining oil on the panel reduced. The washer was still producing a heavy oil film thickness and they had some defects due to bad cleaning and too much oil on the panel. In one of the automotive plants...

» Read More About Stamping & Why 3M?

## Competitor Rolls

Since 3M rolls have a bonded construction, they have a much greater life and as compared to non-bonded construction rolls.  Because of this bonded construction, the roll can easily repair itself from minor damage and offer more...

»  Click Here to Read more and View Photos





thickness.

Washer fluid input is often reduced when the film thicknessing roll is incapable of film control. 3M rolls can control film thickness even with full fluid flow to the wash process. In the Lexus plant we visited the washer fluid was turned down very low to try to get the remaining oil on the panel reduced. The washer was still producing a heavy oil film thickness and they had some defects due to bad cleaning and too much oil on the panel. In one of the automotive plants...

»Read More About Stamping & Why 3M?

## Competitor Rolls

Since 3M rolls have a bonded construction, they have a much greater life and as compared to non-bonded construction rolls. Because of this bonded construction, the roll can easily repair itself from minor damage and offer more...

» Click Here to Read more and View Photos



**Thomas Industrial Rolls, Inc.**

HOME

**Competitor Rolls**

thickness.

Washer fluid input is often reduced when the film thickening roll is incapable of film control. 3M rolls can control film thickness even with full fluid flow to the wash process. In the Lexus plant we visited the washer fluid was turned down very low to try to get the remaining oil on the panel reduced. The washer was still producing a heavy oil film thickness and they had some defects due to bad cleaning and too much oil on the panel. **In one of the automotive plants...**

»Read More About Stamping & Why 3M?

## Competitor Rolls

Since 3M rolls have a bonded construction, they have a much greater life and as compared to non-bonded construction rolls.  Because of this bonded construction, the roll can easily repair itself from minor damage and offer more...

»  Click Here to Read more and View Photos