**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

FKM USA, LLC
                            Plaintiff,

v.                                          Case No.: 1:07−cv−07277
                                            Honorable David H. Coar

Thomas Industrial Rolls, Inc.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 1, 2008:

      MINUTE entry before Judge Honorable David H. Coar: This case came before the Court for a Scheduling conference on 5/1/2008, but the conference did not proceed. At the request of the plaintiff, the Scheduling Conference continued to 5/21/2008 at 09:00 AM. however, if not resolved by either stipulation of dismissal or a proposed scheudling order, the Case will be dismissed for want of prosecution on 5/21/2008. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.