UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISON

FKM USA, LLC,

        Plaintiff,

v.

THOMAS INDUSTRIAL ROLLS, INC.,

        Defendant.

Case No. 07 CV 7277

Hon. Judge David H. Coar
Magistrate Judge Geraldine Soat Brown

## NOTICE OF MOTION

To:    Alan N. Harris
        Bodman LLP
        201 South Division Street, Suite 400
        Ann Arbor, MI  48104

PLEASE TAKE NOTICE that on the 21st day of May, 2008, at 9:00 a.m., or as soon as counsel may be heard, I shall appear before the Honorable Judge David H. Coar in Room 1419 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present **PLAINTIFF'S MOTION TO EXTEND SCHEDULING CONFERENCE**, a copy of which is hereby served upon you.

        FKM USA, LLC

        By: /s/ Daniel R. Madock
            One of its Attorneys

Daniel R. Madock, ARDC # 6192393
Klein Dub & Holleb, Ltd.
660 LaSalle Place, Suite 100
Highland Park, IL  60035
(847) 681-9100
drm@labor-law.com

**CERTIFICATE OF SERVICE**

I, Daniel R. Madock, do hereby certify under penalties of perjury that by 5:00 p.m. on the 16th day of May, 2008, I duly served the above-described notice, by ordinary first-class mail, upon counsel of record as listed on the Notice of Motion, unless such parties were electronically notified, of **PLAINTIFF'S MOTION TO EXTEND SCHEDULING CONFERENCE** referred to herein.

/s/ Daniel R. Madock
_____
One of its Attorneys

Daniel R. Madock, ARDC # 6192393
Klein Dub & Holleb, Ltd.
660 LaSalle Place, Suite 100
Highland Park, IL  60035
(847) 681-9100
drm@labor-law.com

K:\FKM\Documents\NOM to Extend Scheduling Conference 5.15.08.doc