**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

FKM USA, LLC
                                  Plaintiff,

v.                                                             Case No.: 1:07−cv−07277
                                                              Honorable David H. Coar

Thomas Industrial Rolls, Inc.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

      MINUTE entry before the Honorable David H. Coar:Motion hearing held on 5/21/2008 regarding extension of time [11].MOTION by Plaintiff FKM USA, LLC for extension of time to Enter a Scheduling Order [11] is granted. Scheduling conference set for 5/21/2008 is stricken. Scheduling Conference reset for 5/30/2008 at 09:00 AM. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.