UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISON

FKM USA, LLC,

        Plaintiff,

v.

THOMAS INDUSTRIAL ROLLS, INC.,

        Defendant.

Case No. 07 CV 7277

Hon. Judge David H. Coar
Magistrate Judge Geraldine Soat Brown

### NOTICE OF JOINT MOTION

To:    Alan N. Harris
        Bodman LLP
        201 South Division Street, Suite 400
        Ann Arbor, MI  48104

PLEASE TAKE NOTICE that on the 30th day of May, 2008, at 9:00 a.m., or as soon as counsel may be heard, I shall appear before the Honorable Judge David H. Coar in Room 1419 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois  60604, and shall then and there present **JOINT MOTION FOR ENTRY OF DISMISSAL ORDER**, a copy of which is hereby served upon you.

                              /s/ Daniel R. Madock

Daniel R. Madock, ARDC # 6192393
Klein Dub & Holleb, Ltd.
660 LaSalle Place, Suite 100
Highland Park, IL  60035
(847) 681-9100
drm@labor-law.com