# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

FKM USA, LLC

                              Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:07−cv−07277
　　　　　　　　　　　　　　　　　　　　　　　　Honorable David H. Coar

Thomas Industrial Rolls, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 29, 2008:

      MINUTE entry before the Honorable David H. Coar:The Court having received the Motion to Dismiss and the proposed order of dismissal, the parties need not appear on the date of 5/30/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.