Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 7277 | DATE | 6/24/2008 |
| CASE TITLE | FKM USA, LLC vs. Thomas Industrial Rolls, Inc. | | |

**DOCKET ENTRY TEXT**

The Motion by Plaintiff to Dismiss [14] is Granted. Pursuant to the Joint Motion and Settlement Agreement, this action is dismissed with prejudice, without costs, disbursement or attorneys' fees. Each party to bear its own costs. The Court retains jurisdiction to enforce the settlement agreement. Any pending motions, deadlines or scheduling dates are stricken, moot and terminated. Civil case terminated. ENTER DISMISSAL ORDER.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|

U.S. DISTRICT COURT

2008 JUN 24 PM 5: 07

FILED