UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISON

FKM USA, LLC,

    Plaintiff,

v.

THOMAS INDUSTRIAL ROLLS, INC.,

    Defendant.

Case No. 07 CV 7277

Hon. Judge David H. Coar
Magistrate Judge Geraldine Soat Brown

## DISMISSAL ORDER

The Court, having fully considered the Joint Motion for Entry of Dismissal Order and the Stipulation to Dismiss, it is therefore ordered, adjudged and decreed that, pursuant to the Settlement Agreement entered into between the parties on May 27, 2008 the above-entitled action against the Defendant is dismissed with prejudice, and without costs, disbursements or attorneys' fees, each party to bear its own costs. The terms of the Settlement Agreement are hereby incorporated in this Order and made a part hereof. The Court shall retain jurisdiction of this matter for purposes of enforcing the Settlement Agreement.

ENTER:

Date: June 24, 2008

JUDGE DAVID H. COAR
U.S. District Judge

K:\FKM\Documents\Dismissal Order 5.14.08.doc